IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:20cr63 |
| ) | |
| ROCKWELL WOODROW POHLIG, ) | |
| ) | |
| Defendant. ) | |

## STATEMENT OF FACTS

By signing below, the parties stipulate and agree that the allegations in Count One of the pending indictment and the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt.

1. On April 13, 2020, Virginia Beach Police Department (VBPD) received a tip alleging that two unidentified males and two unidentified females were engaged in possible prostitution and possible human trafficking within multiple hotel rooms of the Econo Lodge Hotel, located on Atlantic Avenue, Virginia Beach. Based on this tip, VBPD Police Officers surveilled the hotel rooms and noticed two males exit one of the involved rooms. The two males entered a vehicle and VBPD officers conducted a traffic stop on the vehicle. The VBPD Officers noticed an odor of marijuana and conducted a search of the vehicle. One of the two males was identified as ROCKWELL WOODROW POHLIG. The VBPD Officers released POHLIG and the second male and continued surveillance of the hotel.

2. The next day, VBPD Officers continued surveillance of the hotel and noticed other males frequenting the hotel room, engaging in a pattern of activity consistent with prostitution. Officers requested the assistance of the Vice Unit of the VBPD Special

Investigations Division (SID). At approximately 10:00 a.m. on April 14, 2020, members of the SID-Vice Unit and Interdiction Unit took over the investigation.

3. At approximately 10:15 a.m., a male was observed leaving one of the involved hotel rooms. VBPD Officers followed him in his vehicle and conducted a traffic stop. A VBPD Detective conducted an interview with this male, hereafter referred to as Cooperating Individual #1 (CI #1). CI#1 made multiple statements against his penal interest. CI #1 stated that he paid approximately $200.00 of US currency for sex with an unidentified female victim.

4. VBPD Officers then observed two female victims, Jane Doe 1 and Jane Doe 3, exit the hotel, get into an Uber vehicle and begin traveling toward the Laskin Road area of Virginia Beach. Law enforcement coordinated a traffic stop and were able to take both women into custody. The women stated they were on their way to an unidentified male's house to conduct a prostitution appointment for approximately $500. Both female victims were transported to the VBPD Detective Bureau to be interviewed.

5. Subsequent investigation revealed that as alleged in Count One of the pending indictment, on or about April 5, 2020, POHLIG made travel arrangements and transported himself, Jane Doe 1, an unindicted co-conspirator and Jane Doe 2 from New Jersey to Virginia for the purpose of Jane Doe 1 and Jane Doe 2 to engage in prostitution. POHLIG rented hotel rooms for Jane Doe 1 to take prostitution appointments first in Richmond, Virginia, and then in Virginia Beach, Virginia. This trip is confirmed by records from hotel registrations. Phone records from POHLIG, Jane Doe 1 and Jane Doe 3 reveals the group's travel to multiple locations throughout the United States and text message communications about prostitution appointments and prices. POHLIG also directed Jane Doe 1 on what to post for advertisements for Jane Doe 1's sexual services on an Internet website called Skipthegames.com, which is



known to advertise and promote prostitution. Jane Doe 2 worked for the unindicted coconspirator and left the group before the group was encountered by law enforcement on April 14, 2020. After POHLIG discovered how profitable prostitution was in Virginia Beach, he paid for a plane ticket for a third woman, Jane Doe 3, to travel from outside of the Commonwealth of Virginia to Virginia Beach to also earn money from prostitution. Jane Doe 3 advised that she owed POHLIG money. POHLIG collected all of the prostitution proceeds earned by Jane Doe 1 and Jane Doe 3.

6. Law enforcement obtained a search warrant for Econo Lodge room 114 and at approximately 1:45 p.m., the VBPD SWAT team executed the search warrant on room 114 and took POHLIG into custody without issue. Members of SID-Vice Unit conducted a search of the hotel room and recovered documents, US currency, marijuana, and condoms. POHLIG was read his *Miranda* rights and immediately invoked his right to remain silent.

7. The Internet is an interconnected network of computers with which one communicates when on-line, and that network crosses state and national borders. Further, the hotels used by POHLIG and Jane Doe 1 accepted guests who traveled in interstate commerce and the use of these hotels involved and affected interstate commerce. Finally, POHLIG knowingly and intentionally transported Jane Does 1, 2, and 3 from outside of Virginia into Virginia for the purpose of engaging in prostitution.

8. The cities of Richmond, Virginia, and Virginia Beach, Virginia, are both within the Eastern District of Virginia.

9. The acts taken by the defendant, ROCKWELL WOODROW POHLIG, in furtherance of the offense charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law and were not committed by



3

mistake, accident or other innocent reason. The defendant acknowledges that the foregoing Statement of Facts includes those facts necessary to support the plea agreement between the defendant and the government. It does not describe all of the defendant's conduct relating to the offense charged in this case, does not identify all of the persons with whom the defendant may have engaged in illegal activities, and is not intended to be a full enumeration of all the facts surrounding the defendant's case.

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Megan M. Cowles
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office - 757-441-6331
Facsimile - 757-441-6689
megan.cowles@usdoj.gov

Defendant's Signature: After consulting with my attorney and pursuant to the plea agreement entered into this day between myself, the United States and my attorney, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

X _____
ROCKWELL WOODROW POHLIG
Defendant

4

Defense Counsel's Signature: I am the attorney for defendant ROCKWELL WOODROW POHLIG. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Counsel for the Defendant

